```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A01-0350--CV (RRB)
                "REGINA DIETRICH ET AL V USA"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 11/26/01
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (362) Personal injury - medical malpratice
                   28:1346 & 2671
            Origin: (1) Original Proceeding
            Demand: 9999
        Filing fee: Paid $150.00 on 11/26/01 receipt # 00116319
          Trial by: Court
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | DIETRICH, REGINA | Kenneth A. Norsworthy<br>733 W. 4th Avenue, Suite 400<br>Anchorage, AK 99501<br>907-279-1000<br>FAX 907-276-4125 |
| PLF 2.1 | DIETRICH, DALTON | Kenneth A. Norsworthy<br>(see above) |
| DEF 1.1 | UNITED STATES OF AMERICA | Richard L. Pomeroy<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071 |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A01-0350--CV (RRB)
                                 "REGINA DIETRICH ET AL V USA"

                                       For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 11/26/01
             Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (362) Personal injury - medical malpratice
                     28:1346 & 2671
             Origin: (1) Original Proceeding
             Demand: 9999
         Filing fee: Paid $150.00 on 11/26/01 receipt # 00116319
           Trial by: Court
```

| Document # |   | Filed    | Docket text |
|---|---|---|---|
| 1 - | 1 | 11/26/01 | Complaint filed; Summons issued. |
| NOTE - | 1 | 11/28/01 | Issued: summons re: Atty Gen of USA & AUSA. |
| 2 - | 1 | 12/10/01 | PLF 1-2 Return of Service Executed re: USA on 11/30/01. |
| 3 - | 1 | 12/10/01 | PLF 1-2 Complaint (First Amended). |
| 4 - | 1 | 01/15/02 | DEF 1 motion to dismiss claims asserted on behalf of Dalton Dietrich |
| 5 - | 1 | 01/29/02 | DEF 1 Answer to Complaint. |
| 6 - | 1 | 01/29/02 | HRH Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 21 days. cc: cnsl |
| 7 - | 1 | 02/01/02 | PLF 1-2 opposition to DEF 1 motion to dismiss claims asserted on behalf of Dalton Dietrich (4-1) |
| 8 - | 1 | 02/08/02 | DEF 1 reply to opposition to DEF 1 motion to dismiss claims asserted on behalf of Dalton Dietrich (4-1) |
| 9 - | 1 | 02/13/02 | DEF 1 Initial Status Report and case management plan. |
| 10 - | 1 | 02/13/02 | PLF 1-2 Request for Oral Argument re: DEF 1 motion to dismiss claims asserted on behalf of Dalton Dietrich (4-1). |
| 11 - | 1 | 02/15/02 | HRH Scheduling and Planning Order setting pretrial deadlines: Original discovery 10/18/02; Dispositive motions deadline 11/17/02; Estimate of trial 5 days; TBC. cc: cnsl |
| 12 - | 1 | 02/19/02 | HRH Minute Order setting oral argument on mot to dismiss at #4, 15 minutes per side. cc: cnsl |
| 13 - | 1 | 02/19/02 | PLF 1-2 motion to file supplemental affidavit w/att memo & aff of R. Dietrich |
| 14 - | 1 | 02/25/02 | DEF 1 opposition to PLF 1-2 motion to file supplemental affidavit (13-1) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A01-0350--CV (RRB)
                             "REGINA DIETRICH ET AL V USA"

                                  For all filing dates


Document #   Filed      Docket text

    15 -  1  02/26/02   PLF 1-2 reply to opposition to PLF 1-2 motion to file supplemental
                        affidavit  (13-1)

    16 -  1  02/27/02   HRH Court Minutes [ECR: Elisa Singleton]O/A on mot to dismiss (dkt#4)
                        held 2/27/02. denying motion to dismiss claims asserted on behalf of
                        Dalton Dietrich (4-1)a written ruling to issue; granting motion to file
                        supplemental affidavit (13-1). cc: cnsl

    17 -  1  03/05/02   HRH Order denying gvt's motion to dismiss. cc: cnsl

    18 -  1  04/22/02   PLF 1-2; DEF 1 Stipulation to bifurcate liability and damages

    19 -  1  05/10/02   HRH Minute Order granting stipulation to bifurcate liability and damages
                        (18-1); parties to propose to crt any changes they deem necessary in S&P
                        order at #11. cc: cnsl

    20 -  1  05/22/02   PLF 1-2; DEF 1 Stip to amend PT order; dscvy to close 11/22/02; dispo
                        mots 1/3/03

    20 -  2  05/24/02   HRH Order granting stipulation to amend PT order; dscvy to close
                        11/22/02; dispo mots 1/3/03 (20-1)   cc: cnsl

    21 -  1  05/30/02   PLF 1-2; DEF 1 Stip to ext deadlines: dscvy closes 1/3/03; dispo mots by
                        2/21/02

    21 -  2  05/31/02   HRH Order granting stipulation to ext deadlines: dscvy closes 1/3/03;
                        dispo mots by 2/21/03 (21-1). cc: cnsl

    22 -  1  05/31/02   HRH Minute Order that by agreement of the judges this case is reassigned
                        to Judge Beistline for all further proceedings. cc: cnsl, Judge
                        Beistline

    23 -  1  06/17/02   PLF 1 Initial Witness List.

    24 -  1  06/19/02   DEF 1 Final Witness List.

    25 -  1  08/27/02   PLF 1-2; DEF 1 Stipulation to extend discovery deadlines: final expert
                        witness list 3/7/03, expert reports 4/25/03, close fact witness
                        discovery 5/30/03, discovery motions 6/27/03, close expert witness
                        discovery 7/25/03, dispositive motions due 9/5/03.

    25 -  2  09/03/02   RRB Order granting stipulation to extend discovery deadlines: final
                        expert witness list (25-1) & setting the following dates: Discovery to
                        close 07/25/03; Dispositive motions deadline 09/05/03. cc: cnsl

    26 -  1  10/31/02   PLF 1-2 Notice of substitution of counsel; Gregory Grebe substituting
                        for Paula Jacobson.

    26 -  2  11/01/02   Order allowing substitution of counsel of Gregory Grebe for plaintiff.
                        cc: cnsl, G. Grebe

    27 -  1  03/10/03   PLF 1-2 Unopposed motion for extension until 3/21/03 for exchanging
                        expert witness lists & until 5/9/03 for the liability phase of the
                        bifurcated trial.

    28 -  1  03/10/03   PLF 1-2 Consent to for Gregory J. Grebe to withdraw and notice of
                        substitution of Kenneth Norsworthy as counsel for plaintiffs.

ACRS: R_VDSDX                   As of 10/31/05 at 4:25 PM by GARRY                        Page 2
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A01-0350--CV (RRB)
                                "REGINA DIETRICH ET AL V USA"
```

|                         | For all filing dates |
|---|---|

| Document # | Filed | Docket text |
|---|---|---|
| 29 - 1 | 03/10/03 | PLF 1-2 Attorney Appearance of Kenneth A. Norsworthy. |
| 27 - 2 | 03/17/03 | RRB Order granting motion Unopposed motion for extension until 3/21/03 for exchanging expert witness lists and until 5/9/03 for expert reports (27-1).  cc: cnsl |
| 30 - 1 | 03/20/03 | DEF 1 Expert Witness List on Liability. |
| 31 - 1 | 03/21/03 | PLF 1-2 Designation of expert witness. |
| 32 - 1 | 07/03/03 | DEF 1 (joint) motion to extend discovery deadlines. |
| 32 - 2 | 07/08/03 | RRB Order granting joint mot to extend disc ddlns (32-1); disc to close 10/17/03; disp mots ddln 11/14/03. cc: cnsl |
| 33 - 1 | 09/12/03 | PLF 1-2 Unopposed motion to extend discovery deadlines: Suplemental witness lists until 10/15/03; close of discovery 11/17/03; dispositive & discovery motion deadline until 12/15/03. |
| 33 - 2 | 09/16/03 | RRB Order granting unopposed motion to extend discovery deadlines: Suplemental witness li (33-1) & setting the following dates: Discovery to close 11/17/03; Dispositive motions deadline 12/15/03. cc: cnsl |
| 34 - 1 | 12/18/03 | RRB Order re: certification of readiness for trial; parties to certify or file a report within 15 days from the date of this order. cc:cnsl |
| 35 - 1 | 01/05/04 | DEF 1 Response to Order re: certification of readiness for trial. |
| 36 - 1 | 01/07/04 | RRB Minute Order that further stat rpt re: certification of readiness for trial is due by 4/5/04. cc: cnsl |
| 37 - 1 | 03/08/04 | PLF 1-2 Unopposed motion for settlement conference. |
| 38 - 1 | 03/12/04 | DEF 1 non-opposition to PLF 1-2 motion for settlement conference (37-1). |
| 39 - 1 | 03/16/04 | RRB Minute Order that this matter is referred to Magistrate Judge Branson for the purpose of scheduling and conducting a settlement conference.  cc: cnsl, MJ Branson |
| 40 - 1 | 03/25/04 | AHB Order re: settl Conference; granting Unopposed motion for settl conference (37-1); sealed settl brfs due in chambers NOON 7/4/04; settl brfs shall not be submitted to clerk of crt for filing; settl conf set 9:30 a.m.,  6/9/04.  cc: cnsl, Judge Beistline |
| 41 - 1 | 04/07/04 | PLF 1-2 Report re: certification of readiness for trial. |
| 42 - 1 | 06/09/04 | AHB Court Minutes [ECR: Robin Carter] of settlement conf (held 6/9/04); matter did not settle; stat report due COB 6/15/04. cc: cnsl, Judge Beistline |
| 43 - 1 | 06/15/04 | PLF 1-2 Status Report. |
| 44 - 1 | 09/22/04 | DEF 1 Status Report. |
| 45 - 1 | 12/13/04 | RRB Minute Order that further stat rpt due by 12/30/04. cc: cnsl |
| 46 - 1 | 12/30/04 | DEF 1 Status Report. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A01-0350--CV (RRB)
                           "REGINA DIETRICH ET AL V USA"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 46 - 2 | 12/30/04 | DEF 1 request for settlement conference. |
| 47 - 1 | 01/05/05 | AHB Order that cont settl conf set 9:30 a.m., 2/14/05; supp settl brfs due in chambers of MJ Branson on/before COB 2/4/05.  cc: cnsl, Judge Beistline |
| 48 - 1 | 02/04/05 | DEF 1 Joint motion to extend deadline (to 2/10/05)to submit settlement brief. |
| 49 - 1 | 02/08/05 | AHB Minute Order granting motion Joint motion to extend deadline (to 2/10/05)to submit settlement brief (48-1).  cc: cnsl |
| 50 - 1 | 02/11/05 | PLF 1-2; DEF 1 Unopposed motion on shortened time to vacate settlement conference. |
| 51 - 1 | 02/11/05 | AHB Minute Order granting Unopposed motion on shortened time to vacate settlement conference (50-1); 2/14/05 settl conf VACATED.  cc: cnsl, Judge Beistline |
| 52 - 1 | 03/09/05 | PLF 1-2 Status Report. |
| 53 - 1 | 03/11/05 | RRB Minute Order that further stat rpt due by 4/11/05. cc: cnsl |
| 54 - 1 | 05/03/05 | PLF 1-2 Status Report re: settlement. |
| 55 - 1 | 05/05/05 | RRB Minute Order that further stat rpt due by 8/3/05. cc: cnsl |
| 56 - 1 | 08/26/05 | PLF 1-2 Report re: probate hearing. |