DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINA and DALTON DIETRICH,  )  | Case No. 3:01-cv-350-RRB |
| )  | |
| Plaintiffs,  )  | STATUS REPORT |
| )  | |
| v.  )  | |
| )  | |
| UNITED STATES OF AMERICA,  )  | |
| )  | |
| Defendant.  )  | |
| )  | |

The hearing on the petition for approval for minor settlement, in accordance with D Ak LR 68.3, was held before Master Andrew Brown on February 22, 2006.  The matter was taken under advisement by the Court.

The State of Alaska has intervened and opposed the petition for approval of the settlement because the petition does not provide for satisfaction of the State's Medicaid lien.  The legal issue before that State Court, whether Medicaid's claim for full reimbursement takes priority in the distribution of funds of a settlement when a Medicaid recipient receives a lump sum settlement

from a third party, is pending before the United States Supreme Court. See <u>Arkansas Department of Health & Human Services v. Ahlborn</u>, Case No. 04-1506. Oral argument will be presented in a few weeks. The State Court may wait until the U. S. Supreme Court issues a decision.

Respectfully submitted on February 23, 2006, at Anchorage, Alaska.

                                          DEBORAH M. SMITH
                                          Acting United States Attorney

                                          s/Richard L. Pomeroy
                                          Assistant U.S. Attorney
                                          222 West 7th Ave., #9, Rm. 253
                                          Anchorage, AK 99513-7567
                                          Phone: (907) 271-5071
                                          Fax: (907) 271-2344
                                          E-mail: richard.pomeroy@usdoj.gov
                                          AK #8906031

I hereby certify that on February 23, 2006
a copy of the foregoing Status Report was
sent to the following counsel via fax:

Kenneth Norsworthy, Esq.
733 West 4th Avenue, Suite 400
Anchorage, AK 99501
276-4125 FAX

Executed at Anchorage, Alaska on February 23, 2006.

s/ Richard L. Pomeroy

Dietrich v. U.S.
Case No. 3:01-cv-350-RRB      2