**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>  REGINA DIETRICH et al  </u>   v.   <u>  UNITED STATES OF AMERICA  </u>

THE HONORABLE RALPH R. BEISTLINE

<small>DEPUTY CLERK</small>                                              CASE NO.  <u>3:01-CV-00350-RRB</u>

<u> CAROLYN BOLLMAN </u>

<u>PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**       DATE: March 23, 2006</u>

    The court has received a status report dated <u>02/23/2006</u>. The report is accepted.

    A further status report shall be filed by counsel for plaintiff on or before <u>05/27/2006</u>, unless closing papers are sooner filed.

[301-CV-00350-RRB MO re status report.wpd]{IIA4.WPD*Rev.12/96}