DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| REGINA and DALTON DIETRICH, | ) | Case No. 3:01-cv-350-RRB |
| | ) | |
| Plaintiffs, | ) | STATUS REPORT |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    The superior court denied the petition for approval for minor settlement.  See Exhibit 1.

    Although Master Andrew Brown had recommended that the petition be approved, the subsequent decision by the United States Supreme Court in Arkansas Department of Health & Human Services v. Ahlborn, 126 S. Ct. 1752 (2006), negated the rationale underlying the portion of the recommendation concerning the Medicaid lien asserted by the state.  That reversal in the law, plus apparently some other problems, are the basis for the denial of the petition.

The parties request thirty days to review the status of the settlement, to assess whether a resolution of the Medicaid lien is possible and whether a second petition should be filed that would be likely to approved, and to consider whether the settlement is void and to ask the Court for a trial date.

If this request is granted, the parties will file an additional status report on or before July 24, 2006.

Respectfully submitted on June 21, 2006, at Anchorage, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney

        s/Richard L. Pomeroy
        Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-2344
        E-mail: richard.pomeroy@usdoj.gov
        AK #8906031

I hereby certify that on June 21, 2006
a copy of the foregoing Status Report was
sent to the following counsel via fax:

Kenneth Norsworthy, Esq.
733 West 4th Avenue, Suite 400
Anchorage, AK 99501
276-4125 FAX

Executed at Anchorage, Alaska on June 21, 2006.

s/ Richard L. Pomeroy