IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

2006 JUN 19 AM 9: 58

THIRD JUDICIAL DISTRICT AT ANCHORAGE

RECEIVED
US ATTORNEY OFFICE

| | |
|---|---|
| In the Matter of the Settlement and Supplemental Needs Trust for<br><br>Dalton Dietrich,<br>A Minor. | )<br>)<br>)<br>)<br>) Case No. 3AN-05-961 PR<br>)<br>) |

### Order

The court reviewed the Petition to Approve Settlement on Behalf of Minor Child and Approve and Execute Supplemental Needs Trust filed July 25, 2005, the State of Alaska's Answer to Petition to Approve Settlement of Minor filed December 9, 2005, and all other documents filed in this matter. By separate order this day, the court does not approve the Master's Report dated March 24, 2006.

Rule 90.2(a)(2) of the Alaska Rules of Civil Procedure sets forth the information that must be included in a petition for court approval of a minor's settlement. The Petition filed on July 25, 2005 does not comply with the requirements set forth in Rule 90.2(a)(2). For this reason, the Petition to Approve Settlement on Behalf of Minor Child and Approve and Execute Supplemental Needs Trust filed July 25, 2005 is denied.

In addition, the Petition indicates that the settlement offer "was agreed to upon the one condition that the State of Alaska would waive its Medicaid lien claim on the portion of the recovery allocated to Dalton Dietrich." As set forth in the State's Answer filed December 9, 2005, the State does not waive its Medicaid lien. The waiver appears to be a condition precedent to the settlement agreement, which condition was not met.

EXHIBIT 1

The court notes that at the time the Master's Report was issued, the United States Supreme Court had under review <u>Ahlborn v. Ark. Dep't of Human Services</u>, 397 F.3d 620 (8th Cir.), <u>cert. granted</u>, 1236 S. Ct. 35 (2005). The Court issued its decision on May 1, 2006. The Court held that the state may force an assignment of, or place a lien on, only that portion of a settlement designated as reimbursement for medical costs. <u>Ark. Dep't of Health & Human Services v. Ahlborn</u>, 126 S. Ct. 1752, 1761-67 (2006). The Court's ruling is controlling in this matter.

### Conclusion

The Master's Report is not approved. The Petition to Approve Settlement on Behalf of Minor Child and Approve and Execute Supplemental Needs Trust filed July 25, 2005 is denied.

DATED 6/7/06

_Morgan Christen_
Morgan Christen
Superior Court Judge

I certify that on this _____ day of _____, 2006 a true and correct copy of the foregoing was served by ( ) mail ( ) fax ( ) hand upon:

_____
Hilary Williams
Administrative Assistant

I CERTIFY THAT ON 6/15/06 COPIES OF THIS FORM WERE SENT TO Ao Nasworthy CLERK Pomeroy