## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

DIETRICH  v.  USA

DATE:   June 26, 2006   CASE NO.   3:01-CV-0350-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RE STATUS REPORT**

In response to the Status Report filed at Docket 60, the request for an additional 30 days to review the status of settlement is **granted.** The parties shall file an updated status report on or before the close of business on **July 24, 2006.**