UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


DIETRICH   v.   USA

DATE:   August 16, 2006        CASE NO.   3:01-CV-0350-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
REQUESTING STATUS REPORT**

---

Pursuant to the Minute Order at Docket 61, the parties were to file a status report by July 24, 2006.  To date, no report has been filed.  The parties are to file the requested status report by the close of business on **August 28, 2006.**


M.O. REQUESTING STATUS REPORT