NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| REGINA and DALTON DIETRICH, | ) | Case No. 3:01–cv-00350-RRB |
| | ) | |
| Plaintiffs, | ) | **STATUS REPORT** |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      This Status Report is filed in accordance with this Court's Orders at Dockets 61 and 62.

      After the superior court denied the petition for approval for minor settlement, as reported in the parties' June status report at Docket 60, plaintiff moved for reconsideration. The State opposed, seeking instead an evidentiary hearing and an opportunity to conduct discovery into damages prior to any such hearing. In response, a status conference was held on July 27, 2006. Counsel for Plaintiff reports that Judge Christen declined to order discovery and has taken the matter under advisement. Since it is unknowable when a decision may be reached by the state

court, the parties propose to file an additional status report on October 2, 2006, or sooner if an order is issued by the state court.

    Respectfully submitted on August 24, 2006, at Anchorage, Alaska.

    NELSON P. COHEN
    United States Attorney

    s/Richard L. Pomeroy
    Assistant U.S. Attorney
    222 West 7th Ave., #9, Rm. 253
    Anchorage, AK 99513-7567
    Phone: (907) 271-5071
    Fax: (907) 271-2344
    E-mail: richard.pomeroy@usdoj.gov
    AK #8906031

I hereby certify that on August 24, 2006
a copy of the foregoing Status Report was
sent to the following counsel via fax:

Kenneth Norsworthy, Esq.
733 West 4th Avenue, Suite 400
Anchorage, AK 99501
276-4125 FAX

Executed at Anchorage, Alaska on August 24, 2006.

s/ Richard L. Pomeroy