**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**


DIETRICH   v.   USA

DATE:   January 11, 2007       CASE NO.   3:01-CV-0350-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
REQUESTING STATUS REPORT**

---

   Pursuant to the Status Report filed at Docket 63, a further report was going to be filed by October 2, 2006. To date, that report has not been filed. Therefore, it is ordered that a status report be filed no later than the close of business on **Monday, January 22, 2007.**

M.O. REQUESTING STATUS REPORT