NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINA and DALTON DIETRICH, ) | Case No. 3:01–cv-00350-RRB |
| ) | |
| Plaintiffs, ) | **STATUS REPORT** |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

  This Status Report is filed in accordance with this Court's Order at Docket 64.

  As reported in the parties August 24, 2006 status report at Docket 63, Judge Christen had taken under advisement the plaintiff's motion for reconsideration , and the State's opposition, to the order denying the petition for approval for minor settlement.  There have been no further developments in the case.

  The parties propose to file an additional status report on April 2, 2007, or sooner if an order is issued by the state court.

Respectfully submitted on January 22, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

I hereby certify that on January 22, 2007
a copy of the foregoing Status Report was
sent to the following counsel via fax:

Kenneth Norsworthy, Esq.
733 West 4th Avenue, Suite 400
Anchorage, AK 99501
276-4125 FAX

Executed at Anchorage, Alaska on January 22, 2007.

s/ Richard L. Pomeroy