# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>REGINA DIETRICH and DALTON DIETRICH</u>   v.   <u>UNITED STATES OF AMERICA</u>

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                    CASE NO.   <u>3:01-CV-00350-RRB</u>

<u>CAROLYN BOLLMAN</u>

<u>PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: January 23, 2007</u>

  The court has received a status report dated <u>January 22, 2007</u>. The report is accepted.

  A further status report shall be filed by counsel on or before <u>April 2, 2007</u>, unless closing papers are sooner filed.

[]{IIA4.WPD*Rev.12/96}