NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINA and DALTON DIETRICH,   )<br>)<br>Plaintiffs,   )<br>)<br>v.   )<br>)<br>UNITED STATES OF AMERICA,   )<br>)<br>Defendant.   )<br>_____ ) | Case No. 3:01–cv-00350-RRB<br><br><br><br>**STATUS REPORT** |

This Status Report is filed in accordance with this Court's Order at Docket 66.

The Plaintiff and the State of Alaska have reached an agreement as to the allocation of the proceeds of the settlement in this case and that settlement agreement has been submitted to Judge Christen for approval.  Accordingly, it is

anticipated that an order granting the petition for approval for minor settlement should be issued shortly. Upon issuance, the settlement monies may be requested from the Department of the Treasury and paid to the plaintiff.

The parties propose to file an additional status report within 60 days, or on June 4, 2007, or sooner if an order is issued by the state court.

Respectfully submitted on April 2, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

I hereby certify that on April 2, 2007
a copy of the foregoing **Status Report** was
sent to the following counsel via fax:

Kenneth Norsworthy, Esq.
733 West 4th Avenue, Suite 400
Anchorage, AK 99501
276-4125 FAX

Executed at Anchorage, Alaska on April 2, 2007.

s/ Richard L. Pomeroy