NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINA and DALTON DIETRICH,   )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　Plaintiffs,　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　v.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>UNITED STATES OF AMERICA,　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　Defendant.　　　　　　　)<br>_____　) | Case No. 3:01–cv-00350-RRB<br><br>**STIPULATION TO DISMISS<br>WITH PREJUDICE** |

　　　The parties, through counsel, hereby stipulate to dismiss the present action with prejudice, each side to bear their own costs and attorneys fees.

Respectfully submitted on June 5, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031


LAW OFFICE OF KENNETH A. NORSWORTHY, LLC

s/ Kenneth A. Norsworthy
733 West 4th Avenue, Suite 400
Anchorage, AK 99501
Phone: (907) 279-1000
Fax: (907) 276-4125
Alaska Bar No. 7705055