IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINA and DALTON DIETRICH,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | ) Case No. 3:01–cv-00350-RRB<br>)<br>)<br>) [~~PROPOSED~~]<br>) **ORDER TO DISMISS WITH**<br>) **PREJUDICE**<br>)<br>)<br>)<br>)<br>) |

  Based upon the parties stipulation to dismiss the case with prejudice, it is so ordered. The case is DISMISSED WITH PREJUDICE with each party to bear its own costs, expenses and fees.

6/6/07
(DATE)

S/RRB
RALPH ~~Robert~~ R. Beistline
United States District Court Judge